UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELARGO HOLDINGS, LLC, | * | |
|     Plaintiff, | * | CASE NO.: 16-480-DDD-JPM |
| | * | |
| v. | * | |
| | * | |
| DOE- 209.33.29.66, | * | |
|     Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion to Extend Deadline for Serving Defendant filed by plaintiff ELargo Holdings, LLC,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and deadline for serving defendant is extended an additional ninety (90) days, or until January 7, 2017.

New Orleans, Louisiana, this 31st day of October, 2016.

_____
MAGISTRATE JUDGE